Civil (April 12, 2004)

HONORABLE _____
DEPUTY CLERK __Walker__   (RPTR)/ERO/TAPE __Warner__

TOTAL TIME: __1__ hours __35__ minutes

DATE __10/5/09__   START TIME __3:15pm__   END TIME __4:50pm__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. __3:08CV1466(RNC)__

Vera O'Brien

vs.

St of CT. Dept of Labor

__Axelrod__
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
__Cuneo, Graff__
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam

**MOTION DOCUMENT NO.**

☒ #40  Motion __to Dismiss by AFSCME Council 4__   ☒ granted (in part) ☒ denied (in part) ☐ advisement
☒ #70  Motion __for ext of time re: motion to stay disc__   ☐ granted ☒ denied as moot ☐ advisement
☒ #83  Motion __for Protective Order__   ☐ granted ☒ denied as moot ☐ advisement
☐ #__ Motion ____  ☐ granted ☐ denied ☐ advisement
(additional blank motion lines)

Oral Motion ____  ☐ granted ☐ denied ☐ advisement
(additional blank oral motion lines)

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

Counts 66 + 63 - granted
Counts 7, 14, 21, 35, 42, 49 + 62 - denied
Count 28 dism w/o prejudice

☐ filed ☐ docketed (repeated)

_____ Hearing continued until _____ at _____